## Sacket demandant *vs*. Lothrop tenant.

THE Sheriff, on the *quarto die poft*, had not returned the writ, and the demandant obtained a rule that he return it, *fedente Curia*, or fhew caufe why an attachment fhould not iffue; and now, the writ being returned,

*Bogardus* for the demandant moved that the tenant be called.

*S. Thompfon contra.* He contended that the demandant not having, on the *quarto die poft*, obtained a day further, muft be confidered as out of Court. The rule on the fheriff was a nullity, and inftead of it the demandant fhould have taken out a fecond fummons. He cited 1 Reeves, 119, 121.

*Per Curiam.* The tenant, if he would put the demandant out of Court, fhould have entered a *ne recipiatur* on the *quarto die poft;* not having done fo here, it muft be confidered a waiver. By the Rule entered, that the fheriff return the writ *fedente Curia*, the demandant was to be deemed *continued in Court* from day to day during the Term. Vide Boothe 92.

So let the tenant be called.